# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                              Case No. 4:12CR00230-001 KGB

HUDSON HALLUM                                                                 DEFENDANT

## ORDER

At the hearing scheduled for June 10, 2014, beginning at 9:30 a.m. (Dkt. No. 56), the superseding motion to revoke filed by the government (Dkt. No. 57) will be heard, along with the government's motion to modify conditions of release (Dkt. No. 55).

IT IS SO ORDERED this 19th day of May, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE