**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

v.                 Case No.  4:12-cr-000230-001 KGB

**HUDSON HALLUM**                                                         **DEFENDANT**

**ORDER**

The Court held a hearing in this matter on June 16, 2014.  At that hearing the Court was notified of the parties' agreement to continue for 60 days the hearing on the government's request for summons and motion to modify conditions of release and second superseding motion to revoke (Dkt. Nos. 55, 60).  The Court adopted the parties' agreement to continue for 60 days the hearing on the government's pending motions and will set a hearing by separate Order on this matter consistent with the parties' agreement.

The Court expressed concerns regarding defendant Hudson Hallum's employment in an ambulance and emergency medical business during this 60-day period.  Mr. Hudson Hallum informed the Court that his emergency medical technician ("EMT") license has been suspended and that, until it is no longer suspended, he is unable to and does not participate in driving the ambulance or providing direct patient care.  Mr. Hudson Hallum is directed to keep the Probation Office informed as to the status of his EMT license and to inform the Probation Office immediately if his EMT license is reinstated or restored.

The Court also inquired into Mr. Hudson Hallum's drug treatment program.  Mr. Hudson Hallum stated that he is seeking follow-up care through a treatment program conducted by a facility in Memphis, Tennessee.  He is paying for this follow-up care.  The Court is amenable to

this approach provided that the Probation Office can establish the requisite communication and disclosure of information and records with that facility.

Finally, the Court noted that, in March 2014, Mr. Hudson Hallum requested a mental health assessment. At the hearing, Mr. Hudson Hallum represented to the Court that he previously sought and was provided treatment at a dual drug and mental health treatment facility. However, the Court and the Probation Office have not received information which would indicate that Mr. Hudson Hallum had a mental health assessment at that or any other facility since his March 2014 request. Accordingly, consistent with his March 2014 request, the Court hereby orders that within the next 60 days Mr. Hudson Hallum be sent for a mental health assessment by a facility approved by the Probation Office and that he receive any follow-up treatment deemed necessary by such assessment, with such treatment to be monitored and approved by the Probation Office. The Court and Probation Office will review and consider any information received from Mr. Hudson Hallum's care providers to determine whether Mr. Hudson Hallum has received an assessment since his March 2014 request and, if appropriate, is receiving the necessary follow-up treatment to satisfy the Court's order that a mental health assessment be completed.

SO ORDERED this 19th day of June, 2014.

_____
Kristine G. Baker
United States District Judge