**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                     **PLAINTIFF**

v.                     Case No.  4:12CR000230-01 KGB

**HUDSON HALLUM**                                                      **DEFENDANT**

### ORDER

The Court held a hearing in this matter on August 15, 2014.  At that hearing, the government moved to dismiss without prejudice the pending request for summons and motion to modify conditions of release and second superseding motion to revoke (Dkt. Nos. 55, 60).  The government made this request to preserve its ability to file the motions again if there are any other alleged violations of Mr. Hallum's supervised release.

The Court grants the government's request.  The pending request for summons and motion to modify conditions of release and second superseding motion to revoke are hereby dismissed without prejudice (Dkt. Nos. 55, 60).

The defendant is directed to continue attending and participating in his community support group, as directed by the U.S. Probation Office, and to complete all of the remaining special conditions of his probation before the expiration of his term of probation.

SO ORDERED this 22nd  day of August, 2014.

                                                               _____
                                                               Kristine G. Baker
                                                               United States District Judge